**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 600 WAL 2014
: 
Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
SAMUEL BUCKNER, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.